UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No.15-165(40)JRT/LIB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO SUPPRESS EVIDENCE |
| v. | ) | OBTAINED AS A RESULT OF |
| | ) | SEARCH AND SEIZURE |
| Sarah Elizabeth Thompson, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant, by and through her attorney, Paul Daniel Schneck, respectfully moves the

Court pursuant to Rule 12, Federal Rules of Criminal Procedure, to suppress any physical

evidence obtained as a result of a search and seizure executed on 12/15/14, at XXX Circle Drive,

St. Michael, North Dakota, or any other searches, on the following facts and grounds:

1.  That any search warrant issued in this case was issued without a sufficient
    showing of probable cause in the supporting affidavit, and was therefore issued in
    error by the United States Magistrate Judge and that the search warrant involved
    was executed in an illegal an unlawful manner, and not in good faith.

2.  That any searches and seizures were conducted without warrant, without probable
    cause and lacking in any exigent circumstance.

That this motion is based on the indictment, the records and files in the above-entitled

action, and any and all other matters which may be presented prior to or at the time of the

hearing of said motion.

Dated: 8/24/2015                         Respectfully submitted,

                                          s/Paul Daniel Schneck
                                          Paul Daniel Schneck
                                          Attorney for Defendant
                                          222 South 9th Street, Suite 1600
                                          Minneapolis, MN  55402
                                          (612) 990-3390, 337-9595
                                          Attorney License No. 147035